UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JASMINE TAYLOR,

    Plaintiff,

v.       Case No: 6:16-cv-741-Orl-18KRS

REGIONAL ACCEPTANCE
CORPORATION,

    Defendant.

## ORDER

The Court has been advised by the Plaintiff in the above-styled action that this case has been settled. Accordingly, pursuant to Rule 3.08(b) of the Local Rules of the Middle District of Florida, it is

**ORDERED** that this cause is **DISMISSED** subject to the right of any party to re-open the action within sixty (60) days upon good cause shown, or to submit a stipulated form of final order or judgment.

**DONE AND ORDERED** at Orlando, Florida, this \_\_11\_\_ day of July, 2016.

                      G. KENDALL SHARP
                      SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record